# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139350(60)(61)(62)(65)

CONNIE COLAIANNI,
    Plaintiff-Appellant/
    Cross-Appellee,

v

STUART FRANKEL DEVELOPMENT
CORPORATION, INC., and K-F LAND
COMPANY, LLC IV,
    Defendants-Appellees/
    Cross-Appellants.
_____

SC:  139350
COA: 282587
Oakland CC: 2003-051245-NO

On order of the Chief Justice, motions by Michigan Manufacturers Association and Michigan Chamber of Commerce for leave to file briefs *amicus* curiae are GRANTED. Motions by Michigan Defense Trial Counsel and Michigan Manufacturers Association for extension of the time for filing their briefs *amicus curiae* are considered and they are GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2010

Clerk